IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 22-291 |
| | : | |
| TAHAR SOLTANI | : | |

## **ORDER**

AND NOW, this 13th day of March, 2025, upon consideration of the Defendant Tahar Soltani's Motions to Suppress (ECF Nos. 43 and 44), responses thereto, and oral hearings—for the reasons stated in the accompanying memorandum—it is ORDERED the Motions are DENIED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.